# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO: |
| | : 7:11-CR-40-HL |
| v. | : |
| | : |
| **CLEMENTE CHARLES HUDSON** | : |
| | : |
| _____ | : |

## ORDER

Upon the motion of the government, and for the reasons stated in the Government's Motion, IT IS HEREBY ORDERED that **CLEMENTE CHARLES HUDSON** is dismissed without prejudice.

SO ORDERED, this 18th day of October, 2012.


    s/ Hugh Lawson
    **JUDGE HUGH LAWSON**
    **UNITED STATES DISTRICT JUDGE**

Presented by:

BY: _____
    S/ROBERT D. MCCULLERS
    GEORGIA BAR NO. 486976
    ASSISTANT UNITED STATES ATTORNEY
    MIDDLE DISTRICT OF GEORGIA
    POST OFFICE BOX 1702
    MACON, GEORGIA 31202-1702
    TEL: (478) 621-2700
    FAX: (478) 621-2655